# **EXHIBIT 6**

**Reorganized Company's Projected Financial Information**

SUMMARY OF FINANCIAL PROJECTIONS

These financial projections (the "**Financial Projections**") present, to the best of the Company's knowledge and belief, the Company's expected financial position, results of operations and cash flows for the Forecast Period (as defined below).  The assumptions and notes to the Financial Projections disclosed herein are those that the Company believes are significant to the Financial Projections.  Because events and circumstances frequently do not occur as expected, there will be differences between the projected and actual results.  These differences may be material to the Financial Projections contained herein.

The Company has prepared the Financial Projections to assist the Bankruptcy Court in determining whether the Prepackaged Plan meets the "feasibility" requirements of section 1129(a)(11) of the Bankruptcy Code.  The Company prepared projections for each of the calendar years 2012 through 2017 (the "**Forecast Period**").   In connection with the planning and development of the Prepackaged Plan, the core operating assumptions with respect to revenue, normal operating expenses and capital expenditures, exclusive of non-recurring restructuring and transaction expenses and the capital structure upon emergence, were prepared by the Company during the first quarter of 2012 assuming a mid-2012 resolution of the Company's restructuring, potentially through a consensual out-of-court restructuring or through  a prepackaged chapter 11 bankruptcy filing.  Non-recurring transaction expenses and capital structure assumptions were updated based on negotiations with the Company's largest bondholders in June 2012.  The Financial Projections assume that the Prepackaged Plan will be implemented in accordance with its stated terms in October 2012 (the "**Assumed Effective Date**").  Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in either the Disclosure Statement or the Prepackaged Plan, as applicable.

THE COMPANY DOES NOT, AS A MATTER OF COURSE, PUBLISH ITS FINANCIAL FORECASTS, BUDGETS OR STRATEGIES OR MAKE EXTERNAL FINANCIAL FORECASTS OR FORECASTS OF ITS ANTICIPATED FINANCIAL POSITIONS OR RESULTS OF OPERATIONS.  ACCORDINGLY, THE COMPANY DOES NOT ANTICIPATE THAT IT WILL, AND DISCLAIMS ANY OBLIGATION TO, FURNISH UPDATED FINANCIAL FORECASTS OR BUDGETS TO ANY PARTY PRIOR TO THE EFFECTIVE DATE OF ANY PLAN OF REORGANIZATION EFFECTUATED THROUGH A BANKRUPTCY OR TO INCLUDE SUCH INFORMATION IN DOCUMENTS REQUIRED TO BE FILED WITH THE SEC OR OTHERWISE MAKE SUCH INFORMATION PUBLICLY AVAILABLE.

Accounting Policies and Other Considerations

The Financial Projections were not prepared with a view toward compliance with the guidelines established by the American Institute of Certified Public Accountants or the rules and

regulations of the Securities and Exchange Commission and by their nature are not financial statements prepared in accordance with accounting principles generally accepted in the United States of America. The Financial Projections have been prepared by management and have not been reviewed or audited by an outside accounting firm. Only preliminary assumptions have been made with respect to "fresh start" accounting adjustments, for illustrative purposes only, and were not created in accordance with American Institute of Certified Public Accountants Statement of Position 90-7. Upon emergence from chapter 11, the Company would be required to determine the amount by which its enterprise value as of the effective date exceeds, or is less than, the fair value of its assets as of the effective date of the Prepackaged Plan. Such determination would be based upon the fair values at that time, which may be based on, among other things, a different methodology with respect to the valuation of the Company. In any event, such valuations, as well as the determination of the fair value of the Company's assets and the determination of its actual liabilities, would be made as of the effective date of the Prepackaged Plan, and the changes between the amounts of any or all of the foregoing items as assumed in the Financial Projections and the actual amounts thereof as of the effective date may be material.

The Financial Projections are based on a number of assumptions made by management with respect to the future performance of Company's operations. Although management has prepared the Financial Projections in good faith and believes the assumptions to be reasonable, it is important to note that the Company can provide no assurance that such assumptions will be realized. As described in detail in the Disclosure Statement, a variety of risk factors could affect the Company's future financial position and results of operations and must be considered.

These Financial Projections contain both historical and forward-looking statements. All statements other than statements of historical fact included in these Financial Projections that address activities, events or developments that the Company expects, believes or anticipates will or may occur in the future are forward-looking statements including, without limitation, the statements about the Company's plans, objectives, strategies and prospects regarding, among other things, the Company's financial condition, results of operations and business. The Company has identified some of these forward-looking statements with words like "believe," "may," "will," "should," "expect," "intend," "plan," "predict," "anticipate," "estimate" or "continue" and other words and terms of similar meaning. These forward-looking statements are contained throughout these Financial Projections, are based on current expectations about future events affecting the Company and are subject to uncertainties and factors relating to the Company's operations, business environment, and discussions with creditors. All such matters are difficult to predict and many are beyond the Company's control and could cause the Company's actual results to differ materially from those matters expressed or implied by forward-looking statements. Many factors mentioned in the Company's discussion in these Financial Projections will be important in determining future results. Although the Company believes that the expectations reflected in these forward-looking statements are reasonable, the

Company cannot guarantee future results, levels of activity, performance or achievements.  The Company's plans and objectives are based, in part, on assumptions involving the Company continuing as a going concern and executing the Company's stated business plan and objectives.  Forward-looking statements (including oral representations) are only predications or statements of current plans, which the Company reviews continuously.  They can be affected by inaccurate assumptions the Company might make or by known or unknown risks and uncertainties.

The Financial Projections should be read in conjunction with the assumptions, qualifications and explanations set forth in the Disclosure Statement and the Prepackaged Plan in their entirety, as well as and the historical consolidated financial statements (including the notes thereto) set forth in the Company's Annual Report on Form 10-K for the fiscal year ended December 31, 2011, Quarterly Report on Form 10-Q for the quarter ended March 31, 2012 and any other Company reports filed with the Securities and Exchange Commission.   These filings are available by visiting the Securities and Exchange Commission's website at www.sec.gov .

General Assumptions

The Financial Projections incorporate management's assumptions and initiatives, including the impact of new sales distribution channels, projected customer trends and anticipated cost savings initiatives.  The Financial Projections take into account the current market environment in which the Company operates but assumes a general long-term improvement in macroeconomic trends.  The Financial Projections reflect numerous assumptions, including various assumptions regarding the anticipated future performance of the Company, industry performance, general business and economic conditions and other matters, most of which are beyond the control of the Company.  The assumptions take into account some uncertainty and disruption of business that the pending maturity of the Company's Senior Secured Notes may cause, but may not fully reflect any adverse impacts that a bankruptcy filing may have on core operations in the short term.  Therefore, although the Financial Projections are necessarily presented with numerical specificity, the actual results achieved during the Forecast Period may vary from the projected results and these variations may be material.  Although the Company believes that the assumptions underlying the Financial Projections, when considered on an overall basis, are reasonable in light of current circumstances, no representation can be or is being made with respect to the accuracy of the Financial Projections or the ability of the Company to achieve the projected results of operations.  Some assumptions inevitably will not materialize, and events and circumstances occurring subsequent to the date on which the Financial Projections were prepared may be different from those assumed, or may be unanticipated, and therefore may affect financial results in a material and possibly adverse manner.  The Financial Projections, therefore, may not be relied upon as a guarantee or other assurance of the actual results that will occur.  Moreover, the Financial Projections were prepared in connection with the solicitation of a prepackaged chapter 11 case, potentially

consummated through a consensual out-of-court restructuring. Therefore, the assumptions underlying the Financial Projections would not necessarily apply in a prolonged chapter 11 case. In deciding whether to vote to accept or reject the Prepackaged Plan, holders of Senior Secured Notes and Existing Preferred Interests must make their own determinations as to the reasonableness of such assumptions.

Key Assumptions – Income Statement

  *A. Revenues*

The Financial Projections assume a continued focus on growth opportunities from the Company's cloud-based services including the OfficeSuite® product. Sales of other T-1 and Ethernet-based products are expected to remain relatively flat over the Forecast Period, in line with historical trends. The Company expects to observe continued industry trends toward lower usage of its traditional voice products. This lower usage is primarily driven by customer trends toward using more online and wireless communications services.

In 2012, revenue is projected to decline by approximately 6% relative to 2011 due to continuing macro industry trends, reduced regulatory related revenues resulting from carrier access reform changes, a difficult and sluggish general economic environment, as well as customer uncertainty caused by the Company's debt maturities, potentially causing lower sales and increased customer churn relative to historical levels. Management projects that this decline in revenue will be partially offset by growth in cloud-based communications services, including the expansion of the OfficeSuite® product set on a nationwide basis through new sales channels including Web marketing and strategic partnerships. Revenues are forecast to grow in 2013 as a result of increased focus on cloud-based, data and managed services, including the OfficeSuite® products, improvement in churn rates and an increase in new sales and revenue derived from the new sales channels, which are forecast to nearly double over the Forecast Period, ultimately driving over 50% of new sales, and to a lesser extent by improved sales force productivity after balance sheet uncertainty has been reduced.

  *B. Cost of Revenues*

Cost of services are expected to decline modestly as a percentage of revenues during the Forecast Period primarily as a result of growth in products and services that have higher incremental gross margins than the traditional voice services provided by the Company. The increase in gross margin also reflects management's continued efforts to reduce fixed and variable network costs through network optimization and other initiatives.

### C. *Selling, General and Administrative Expenses ("SG&A")*

Projected SG&A, exclusive of nonrecurring expenses, is forecast to increase as a percentage of revenues through 2014, driven by sales, marketing and commission expenses related to sales growth and investment in development of the web and new distribution channels. The investment in these initiatives is partially mitigated by cost savings initiatives, some of which have been implemented during the first two quarters of 2012, including a reduction in the work force, continued cost controls and expected productivity enhancements. SG&A expenses are projected to decline as a percentage of revenue from 2015 through the remainder of the Forecast Period.

### D. *Nonrecurring SG&A*

Nonrecurring SG&A primarily consists of severance and related separation costs (including the reduction in force earlier in 2012), and professional services expenses and other costs associated with the Company's restructuring.

### E. *Depreciation and Amortization*

Depreciation and amortization expense is comprised primarily of depreciation expense for property, plant and equipment and amortization of intangible assets. Depreciation and amortization assumptions are consistent with current accounting policies and expected useful asset lives, but does not fully reflect the impact of "fresh start" accounting adjustments.

### F. *Interest Expense:*

For 2012, interest expense includes interest on pre-petition debt through the petition date and then interest after the petition date pursuant to the DIP Facility and Capital Leases, as well as adequate protection payments on the Senior Secured Notes through emergence. After the Assumed Effective Date, interest expense includes post-emergence interest related to the pro forma capital structure as set forth in the Disclosure Statement.

### G. *Income Tax Expense / (Benefit)*

Tax expense is projected based on the Company's best estimate of the amount and timing of federal and state income tax payments (inclusive of certain non-cash accruals), offset by the Company's use of certain pro forma tax attributes, as more fully discussed in the Disclosure Statement.

Key Assumptions – Projected Consolidated Balance Sheet

*H. Cash*

The cash balance projection is forecast using the cash flow statement.

*I. Accounts Receivable*

Accounts receivable is assumed to increase as revenues increase over the forecast period. Day Sales Outstanding (DSO's) and collections patterns are projected according to historical relationships with respect to revenue volumes.

*J. Other Current Assets*

Other current assets include deferred carrier charges, prepaid expenses and other current assets. No significant fluctuation is forecast in this category.

*K. Net Property, Plant and Equipment*

Net PP&E is forecast using capital expenditures and depreciation from the projected income statement.

*L. Goodwill, Intangible Assets*

Intangible assets and goodwill reflect a preliminary estimate of the impact of "fresh start" accounting and consist primarily of customer relationships and the assumed value of the Company's intellectual property. Goodwill is not amortized, while other intangibles are amortized based upon their expected useful lives. This line item is forecast to decline as intangible assets are amortized.

*M. Other Assets*

Other assets include security deposits, debt issuance costs associated with the restructured debt and certain other noncore assets.

*N. Current Liabilities*

Current liabilities include trade payables, and payroll-related liabilities, accrued interest and other accrued expenses. Accounts payable is assumed to increase as overall costs increase proportionate with the growth in revenue over the forecast period. Payments are projected according to historical relationships with respect to purchase volumes. Other current liabilities are forecast to remain relatively flat, consistent with the forecast for expenses in 2012 and beyond.

*O. Post-Reorganization Debt*

The post emergence capital structure based upon the Prepackaged Plan. The Financial Projections reflect i) $150 million in New Notes and ii) a revolving credit facility of $25 million and iii) approximately $3 million of rollover capital lease obligations.

*P. Other Liabilities*

Other liabilities are forecast to increase as deferred tax liabilities increase over the Forecast Period.

*Q. Shareholders' Equity*

Shareholders' equity reflects a preliminary estimated impact of "fresh start" accounting. Shareholders' equity upon emergence reflects the implied equity value of primary equity interests issued at Emergence under the Prepackaged Plan and changes each year by the amount of net income. No dividends to common stockholders are projected in the Financial Projections.

Key Assumptions – Projected Consolidated Statement of Cash Flows

*R. Working Capital*

Components of working capital are projected according to historical relationships with respect to revenue and cost of revenue and SG&A expenses. The Financial Projections also assume certain prior period disputes are resolved in the ordinary course during 2012 and result in a cash use and reduction in accrued liabilities.

- 8 -

*S. Capital Expenditures*

Capital expenditures are forecast to decrease to $26 million in 2012 from $30 million in 2011 which included several nonrecurring projects. The majority of the Company's capital expenditures are success-based expenditures, made only upon establishment of new service and revenue.

*T. Financing Cash Flow*

Cash flows from financing primarily reflect amortization of Capital Leases.

**PROJECTED INCOME STATEMENT**

| $ Millions | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| | | | For the year ending December 31, | | | |
| T-1, Cloud Account Revenue | $231.0 | $243.9 | $271.8 | $304.1 | $335.6 | $365.4 |
| Traditional Voice & Data | 74.1 | 65.9 | 58.1 | 51.8 | 46.4 | 41.9 |
| Other | 50.3 | 50.6 | 51.2 | 51.9 | 52.4 | 52.7 |
| **Total Revenue** | **355.4** | **360.4** | **381.1** | **407.8** | **434.3** | **460.0** |
| Cost of Goods Sold | 166.9 | 164.1 | 169.5 | 177.4 | 186.2 | 195.4 |
| **Gross Profit** | **188.5** | **196.3** | **211.6** | **230.3** | **248.1** | **264.6** |
| Gross Margin | 53.0% | 54.5% | 55.5% | 56.5% | 57.1% | 57.5% |
| SG&A (Excl. Nonrecurring Expenses) | 124.4 | 131.5 | 140.5 | 147.6 | 153.7 | 159.1 |
| **Adjusted EBITDA** | **64.1** | **64.7** | **71.1** | **82.8** | **94.4** | **105.5** |
| Adjusted EBITDA Margin | 18.0% | 18.0% | 18.7% | 20.3% | 21.7% | 22.9% |
| Depreciation & Amortization | 39.2 | 34.0 | 28.6 | 29.0 | 30.6 | 34.4 |
| Nonrecurring Expenses | 13.3 | -- | -- | -- | -- | -- |
| Interest Expense, net | 34.4 | 17.3 | 17.1 | 17.1 | 17.0 | 16.9 |
| **EBT** | **(22.9)** | **13.4** | **25.4** | **36.7** | **46.7** | **54.2** |
| Income Taxes | 1.3 | 1.5 | 1.7 | 4.3 | 11.2 | 18.9 |
| **Net Income** | **($24.3)** | **$11.9** | **$23.7** | **$32.4** | **$35.5** | **$35.3** |

**PROJECTED BALANCE SHEET**

| $ Millions | As of December 31, | | | | | |
|---|---|---|---|---|---|---|
|  | **2012E** | **2013E** | **2014E** | **2015E** | **2016E** | **2017E** |
| **Assets** | | | | | | |
| Cash & Investments | $21.9 | $33.6 | $48.3 | $70.6 | $95.1 | $122.6 |
| Accounts Receivable, net | 33.6 | 34.5 | 36.9 | 39.4 | 41.9 | 44.3 |
| Other Current Assets | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 | 9.9 |
| **Total Current Assets** | **65.4** | **78.0** | **95.0** | **119.9** | **146.9** | **176.8** |
| Property & Equipment, net | 70.8 | 71.4 | 81.8 | 93.1 | 103.5 | 110.7 |
| Goodwill and Intangible Assets, net | 236.4 | 234.2 | 232.7 | 231.5 | 230.7 | 230.2 |
| Cash Deposits / Other | 7.2 | 6.8 | 6.5 | 6.1 | 5.8 | 5.5 |
| **Total Assets** | **$379.8** | **$390.4** | **$416.0** | **$450.6** | **$486.9** | **$523.1** |
| **Liabilities** | | | | | | |
| Total Accounts Payable, Taxes, Payroll-Related | $21.4 | $21.5 | $22.8 | $23.8 | $24.5 | $25.3 |
| Accrued Expenses, excl. Bond Interest | 13.4 | 13.1 | 13.3 | 13.5 | 13.6 | 13.8 |
| Accrued Interest - Bonds | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 | 2.6 |
| Current Portion of Long-Term Debt | 1.0 | 0.2 | -- | -- | -- | -- |
| **Total Current Liabilities** | **38.5** | **37.5** | **38.7** | **39.9** | **40.8** | **41.7** |
| Long-Term Debt | 165.5 | 164.3 | 164.0 | 164.0 | 164.0 | 164.0 |
| Other Liabilities | 8.0 | 8.9 | 9.9 | 10.9 | 10.9 | 10.9 |
| **Total Long Term Liabilities** | **173.5** | **173.3** | **173.9** | **174.9** | **174.9** | **174.9** |
| **Total Liabilities** | **212.0** | **210.7** | **212.6** | **214.8** | **215.7** | **216.6** |
| **Total Stockholders' Equity** | **167.8** | **179.7** | **203.4** | **235.8** | **271.3** | **306.6** |
| **Total Liabilities & Stockholders' Equity** | **$379.8** | **$390.4** | **$416.0** | **$450.6** | **$486.9** | **$523.1** |

**PRO FORMA BALANCE SHEET**

| $ Millions | 9/30/2012 | Adjustments | | 9/30/2012 PF |
|---|---:|---:|---|---:|
| **Assets** | | | | |
| Cash & Investments | $21.0 | ($2.7) | (1) | $18.3 |
| Accounts Receivable | 33.8 | -- | | 33.8 |
| Other Current Assets | 9.9 | -- | | 9.9 |
| **Total Current Assets** | **64.7** | **(2.7)** | | **62.0** |
| | | | | |
| Property & Equipment | 73.1 | -- | (2) | 73.1 |
| Goodwill and Intangible Assets | 105.4 | 131.9 | (3), (4) | 237.3 |
| Cash Deposits / Other | 7.5 | 1.8 | (5) | 9.2 |
| **Total Assets** | **$250.7** | **$130.9** | | **$381.7** |
| | | | | |
| **Liabilities** | | | | |
| Total Accounts Payable, Taxes and Payroll-Related | $20.4 | -- | | $20.4 |
| Accrued Expenses, excl. Accrued Bond Interest | 15.1 | -- | | 15.1 |
| Accrued Interest - Bonds | 17.1 | (17.1) | (6) | -- |
| Current Portion of Long-Term Debt | 1.2 | -- | | 1.2 |
| **Total Current Liabilities** | **53.8** | **(17.1)** | | **36.7** |
| | | | | |
| Long-Term Debt | 315.8 | (150.0) | (4) | 165.8 |
| Other Liabilities | 11.5 | (3.8) | (7) | 7.7 |
| **Total Long Term Liabilities** | **327.3** | **(153.8)** | | **173.6** |
| | | | | |
| **Total Liabilities** | **381.1** | **(170.8)** | | **210.3** |
| | | | | |
| **Total Stockholders' Equity/(Deficiency)** | **(130.4)** | **301.8** | (3), (6) | **171.3** |
| | | | | |
| **Total Liabilities & Stockholders' Equity/(Deficiency)** | **$250.7** | **$130.9** | | **$381.7** |

(1) Payment of remaining transaction fees.
(2) Estimated fair value of property and equipment is based upon net book value; with fair value to be determined at a later date in accordance with "fresh start" accounting.
(3) Increase in Goodwill and Intangible Assets reflects general management estimates of "fresh start" accounting adjustments, including: i) the elimination of stockholders' deficit, and ii) the elimination of deferred rent payable, reduced by iii) reclassification of deferred financing costs from Intangible Assets to Other Assets, and iv) payment of remaining transaction fees.
(4) The fair value of identifiable intangible assets such as trademarks and customer relationships is to be determined at a later date in accordance with "fresh start" accounting.
(5) Capitalization of deferred financing costs associated with the Prepackaged Plan.
(6) Reflects the exchange of $300 million of Senior Secured Notes and $17 million of related accrued interest and all existing preferred equity for $150 million of New Senior Secured Notes and $171 million of New Common Stock.
(7) Elimination of deferred rent payable.

**CASH FLOW STATEMENT**

| $ Millions | 2012E | 2013E | 2014E | 2015E | 2016E | 2017E |
|---|---|---|---|---|---|---|
| | | | For the year ending December 31, | | | |
| **Cash flows from operating activities:** | | | | | | |
| Net Income / (Loss) | ($24.3) | $11.9 | $23.7 | $32.4 | $35.5 | $35.3 |
| Depreciation, Amortization & Other Adjustments | 41.4 | 35.5 | 30.1 | 30.5 | 31.2 | 34.8 |
| Changes in A/R / Doubtful Accounts | (0.4) | (1.0) | (2.3) | (2.5) | (2.5) | (2.4) |
| Other Assets | (2.8) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Changes in A/P, Taxes, Payroll-Related | 1.1 | 0.2 | 1.3 | 1.0 | 0.7 | 0.7 |
| Accrued Expenses, excl. Accrued Bond Interest | (11.9) | (0.5) | -- | -- | -- | -- |
| Accrued Interest - Bonds | (8.8) | -- | -- | -- | -- | -- |
| **Net Cash provided by operating activities** | **(5.7)** | **46.0** | **52.8** | **61.3** | **64.9** | **68.5** |
| **Cash flows from investing activities** | | | | | | |
| Other | (1.5) | 0.0 | (0.0) | 0.0 | 0.0 | -- |
| Capital Expenditures | (26.0) | (32.3) | (37.5) | (39.1) | (40.3) | (41.0) |
| **Net cash used in investing activities** | **(27.5)** | **(32.3)** | **(37.5)** | **(39.1)** | **(40.3)** | **(41.0)** |
| **Cash flow from financing activities** | | | | | | |
| New Common Stock | 171.3 | -- | -- | -- | -- | -- |
| Capital Lease Repayments | (2.0) | (2.0) | (0.5) | -- | -- | -- |
| Revolving Credit Facility | (3.1) | -- | -- | -- | -- | -- |
| Senior Secured Notes | (150.0) | -- | -- | -- | -- | -- |
| **Net cash used in financing activities** | **16.2** | **(2.0)** | **(0.5)** | **--** | **--** | **--** |
| **Net Increase/(Decrease) in Cash and Investments** | (17.0) | 11.6 | 14.7 | 22.3 | 24.6 | 27.5 |
| Beginning Cash & Investments | 38.9 | 21.9 | 33.6 | 48.3 | 70.6 | 95.1 |
| **Ending Cash & Investments** | **$21.9** | **$33.6** | **$48.3** | **$70.6** | **$95.1** | **$122.6** |